JPML FORM 1A

# DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 468 -- **IN RE TERMINATION OF SPEED QUEEN DISTRIBUTORSHIPS LITIGATION**

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/04/14 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, W/EXHIBITS A through D -- Defendants Speed Queen Co., Inc., Amana Refrigerator, Inc. and Raytheon Co., Inc. SUGGESTED TRANSFEREE COURT: E.D. Louisiana SUGGESTED TRANSFEREE JUDGE: (cds) |
| 81/04/24 | | APPEARANCES: ROBERT D. WEST, ESQ. for Capital Consolidated, Inc.; GERALD SAWATZKY, ESQ. for Hennigh's, Inc.; CHARLES M. JEFFERSON, ESQ. for Central Distributing Co.; STEPHEN J. HOLTMAN, ESQ. for Speed Queen Co., Amana Refrigeration, Inc., and Reytheon Co. (cds) |
| 81/04/27 | 2 | RESPONSE -- Hennigh's Inc. -- w/cert. of service (cds) |
| 81/04/29 | 3 | RESPONSE -- United Distributors, Inc. -- w/cert. of serv. |
| 81/04/29 | 4 | RESPONSE -- Capital Consolidated, Inc. -- w/Exhibits A - D and cert. of service (cds) |
| 81/05/01 | 5 | AMENDED MOTION - BRIEF -- Movants - Speed Queen Co., Amana Refrigerator, Inc. and The Raytheon Co. w/exhibits E,F&G to add one action A-5 for consideration for 28 U.S.C. §1407 transfer w/cert. of svc. (ds) |
| 81/05/06 | 6 | REPLY/BRIEF -- Movants - Speed Queen Co., Amana Refrigeration, Inc., and Raytheon Co. w/cert. of svc. (ds) |
| 81/05/11 | 7 | RESPONSE TO AMENDED JOINT MOTION -- Hennigh's, Inc. w/cert. of svc. (ds) |
| 81/05/15 | 8 | RESPONSE TO AMENDED MOTION -- pltf. Capital Consolidated, Inc. w/cert. of svc. (ds) |
| 81/05/18 | 9 | SUPPLEMENT TO HENNIGH's, INC. RESPONSE, W/CERT. OF SVC. -- Hennigh's, Inc. (eaf) |
| 81/05/18 | 10 | RESPONSE, CERT. OF SVC. -- Central Distributing Co. (eaf) |
| 81/05/20 | 11 | BRIEF IN OPPOSITION OF AMENDED MOTION -- pltfs. United Distributors, Inc. w/cert. of svc. (ds) |
| 81/05/22 | 12 | REQUEST FOR EXTENSION OF TIME TO FILE A LATE RESPONSE -- pltf. Bimel-Walroth Co. w/cert. of svc. (ds) OK to accept Response for filing. (ds) |
| 81/05/22 | 13 | RESPONSE -- pltf. Bimel-Walroth Co. w/cert. of svc. (ds) |
| 81/05/28 | | HEARING ORDER -- Setting Litigation for hearing held on June 25, 1981 in Salt Lake City, Utah. (ds) |
| 81/06/23 | 14 | SECOND AMENDMENT TO JOINT MOTION, CERT. OF SVC., BRIEF -- Speed Queen Co., Amana Refrigeration, Inc., and Raytheon Co. (eaf) |

JPML FORM 1A

pg. 2

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 468 --

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/06/23 | | HEARING APPEARANCE 6/25 -- Salt Lake City, Ut<br>    STEPHEN J. HOLTMAN, ESQ. for Speed Queen Co., Amana Refrigeration, Raytheon Co.; RUSS M. HERMAN FOR United Distributors Inc., Central Distributing Co.; GERALD SAWATZKY for Hennigh's Inc.<br>    WAQVERS OF ORAL ARGUMET 6/25 Salt Lake City, UT<br>    Capital Consolidated, Inc. and The Bimel Walroth Co. |
| 81/07/15 | | CONSENT OF TRANSFEREE DISTRICT COURT reassigning litigation (eaf) to the Honorable Patrick F. Kelly for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 in the District of Kansas. (eaf) |
| 81/07/15 | | TRANSFER ORDER -- Transferring litigation to the District of Kansas under Honorable Patrick F. Kelly for coordinated or consolidated pretrial proceedings under 28 U.S.C. §1407. (eaf) |
| 81/08/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY --<br>  B-6 Burckle Industries, Inc. v. Speed Queen Co., Inc., et al., W.D. Ky., C.A. No. C81-0475-L(A)<br>NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 81/09/14 | | CONDITIONA TRANSFER ORDER FINAL TODAY -- B-6 Burckle Industries, Inc. v. Speed Queen Co., Inc., et al., W.D. Kentucky, C.A. No. C81-0475-L(A). Notified involved clerks and judges. (ds) |
| 81/09/15 | | CONDITIONAL TRANSFER ORDERS FILED TODAY --<br>  B-7 Speed Queen Co. v. Three Rivers, Inc., et al., W.D. Pennsylvania, C.A. No. 81-1010<br>NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 81/10/01 | | CONDITIONAL TRANSFER ORDER FINAL TODAY --<br>B-7 Speed Queen Co. v. Three Rivers, Inc., et al., W.D.Pa., 81-1010<br>NOTIFIED INVOLVED CLERKS AND JUDGES. (emh) |
| 82/02/24 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-8 Henry Distributing Co., Inc., etc. v. Speed Queen Co., Inc., et al., N.D. California, C.A. No. C-81-4792. Notified involved counsel and judges. (ds) |
| 82/03/12 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-8 Henry Distributing Co., Inc., etc. v. Speed Queen Co., Inc., etc., et al., N.D. Calif., C.A. No. C-1-4792 WHO. Noified involved clerks and judges. (ds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 468 -- _____

| Date | No. | Pleading Description |
|---|---|---|
| 82/12/06 | | ORDER SUGGESTING REMAND OF -- B-8 Henry Distributing Co., Inc., etc. v. Speed Queen Co., Inc., etc., et al., D. Kansas, C.A. No. 82-1224 (N.D. Calif., C.A. No. C-82-4792 WHO). Signed by Judge Patrick F. Kelly, D. Kansas on 11/24/82. (ds) |
| 82/12/06 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-8 Henry Distributing Co., Inc., etc. v. Speed Queen Co., Inc., etc., et al., D. Kansas, C.A. No. 82-1224 (N.D. Calif., C.A. No. C-81-4792-WHO). Notified involved counsel and judges. (ds) |
| 82/12/21 | 15 | REQUEST FOR EXTENSION OF TIME TO STAY EXECUTION OF CONDITIONAL REMAND ORDER (Re: B-8) -- Pltf. Henry Dist. Co. -- GRANTED to & including January 21, 1983 (emh) |
| 83/01/21 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-8 Henry Distributing Co., Inc., etc. v. Speed Queen Co., Inc., etc., et al., D. Kansas, C.A. No. 82-1224 (N.D. Calif., C.A. No. C-81-4792-WHO). Notified involved clerks & judges(ds |
| 83/05/16 | | SUGGESTION FOR REMAND -- A-1 Capital Consolidated, Inc. v. Speed Queen Co., et al., D.Kansas, C.A.No. 81-1330 (S.D. Indiana, IP801092C) -- signed by Judge Kelly. (emh) |
| 83/05/16 | | CONDITIONAL REMAND ORDER -- A-1 Capital Consolidated, Inc. v. Speed Queen Co., et al. D.Kansas, C.A.No. 81-1330 (S.D. Ind., IP801092C) FILED TODAY -- Notified counsel and judges. (emh) |
| 83/06/01 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-1 Capital Consolidated, Inc. v. Speed Queen Co., D.Kansas, 81-1330 (S.D.Ind., IP801092C) -- NOTIFIED INV. JUDGE & CLERKS cds |
| 83/06/02 | | ORDER SUGGESTING REMAND -- A-5 The Bimel-Walroth Co. v. Speed Queen Co., et al., D. Kansas, 81-1332 (S.D. Ohio, C-1-81-385). Signed by Judge Patrick F. Kelly, D. Kansas on 5/13/83. (ds) |
| 83/06/02 | | CONDITIONAL REMAND ORDER FILED TODAY -- A-5 The Bimel-Walroth Co. v. Speed Queen Co., et al., D. Kan., 81-1332 (S.D. Ohio, C-1-81-385). Notified involved counsel and judge. (ds) |
| 83/06/20 | | CONDITIONAL REMAND ORDER FINAL TODAY -- A-5 The Bimel-Walroth Co. v. Speed Queen Co., et al., D.Kan., 81-1332 (S.D.Ohio, C-1-81-385) -- Notified involved clerks and judge (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ____ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 83/10/26 | | ORDER SUGGESTING REMAND OF A-4 -- filed in Kansas on Oct. 11, 1983 and signed by Judge Kelly (cds) |
| 83/10/26 | | CONDITIONAL REMAND ORDER -- (A-4) Central Distributing Co. v. Speed Queen Co., et al., D.Kan., 81-1331 (W.D.Tex., SA80CA601) -- NOTIFIED INVOLVED JUDGE AND COUNSEL (cds) |
| 83/11/14 | | CONDITIONAL REMAND ORDER FINAL TODAY -- (A-4) Central Distributing Co. v. Speed Queen Co., et al., D.Kan., 81-1331 (W.D.Tex., SA80CA601) -- NOTIFIED INVOLVED JUDGE AND CLERKS (cds) |
| 84/01/25 | | SUGGESTION FOR REMAND -- B-6 Burckle Industries, Inc. v. Speed Queen Co., et al., D.Kansas, C.A. No. 81-1500 (W.D.Kentucky, C81-0475-L(A)) -- signed by Judge Patrick Kelly (emh) |
| 84/01/25 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-6 Burckle Industries, Inc. v. Speed Queen Co., et al., D.Kansas, C.A. No. 81-1500 (W.D.Kentucky, C81-0475-L(A)) -- NOTIFIED counsel and judges. (emh) |
| 84/02/10 | | CONDITIONAL REMAND ORDER FINAL TODAY -- B-6 Burckle Industries, Inc. v. Speed Queen Co., D.Kansas, 81-1500 (W.D.Kentucky, C81-0475-L(A)) -- Notified involved judge and clerks (emh) |

JPML Form 1

Revised: 8/78

DOCKET NO. 468 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE TERMINATION OF SPEED QUEEN DISTRIBUTORSHIPS LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 6/25/81 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 7/15/81 | TO | | D. Kansas | Patrick F. Kelly | |

Special Transferee Information

DATE CLOSED: 2/10/84

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 468 -- IN RE TERMINATION OF SPEED QUEEN DISTRIBUTORSHIPS LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Capital Consolidated, Inc. v. Speed Queen Company | S.D.Ind. Noland | IP801092C | 7/15/81 | 81-1330 | 6/1/83 R | |
| A-2 | Hennigh's, Inc. v. Speed Queen Co., et al. | D.Kan. Kelly | 80-1982 | | | 7/2/82 D | |
| A-3 | United Distributors, Inc. v. Raytheon Co., Inc., et al. | E.D.La. Arceneaux | 81-260 KC | | | | |
| A-4 | Central Distributing Co. v. Speed Queen Co., et al. | W.D.Tex. Shannon | SA80CA601 | 7/15/81 | 81-1331 | 11/14/83 R | |
| A-5 | The Bimel-Walroth Co. v. Speed Queen Co., et al. | S.D.Ohio Speigel | C-1-81-385 | 7/15/81 | 81-1332 | 6/20/83 R | |
| B-6 | Burckle Industries, Inc. v. Speed Queen Company, Inc., et al. 8/27/81 | W.D.KY Allen | C81-0475-L(A) 9/14/81 | | 81-1500 | 2/10/84 R | |
| B-7 | Speed Queen Co. v. Three Rivers, Inc., et al. 9/15/81 | W.D.PA Diamond | 81-1010 | 10/1/81 | 81-1530 | 1/18/83 | |
| B-8 | Henry Distributing Co., Inc., etc. v. Speed Queen Co., Inc., etc. et al. 2/24/82 | N.D.Cal. Orrick | C-81-4792 WHO | 3/12/82 | 82-1224 | 1/21/83 R | |

July 1983 - 6 TTL / 1 X X 2 / 3 Rem / 2 Dis / 82 Pdg

July 1984 — 2 Rem / Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 468 -- IN RE TERMINATION OF SPEED QUEEN DISTRIBUTORSHIPS
LITIGATION

---

CAPITAL CONSOLIDATED, INC. (A-1)
Robert D. West, Esq.
Stark, West & Smith
1030 Merchants Plaza
East Tower
Indianapolis, Indiana 46204

HENNIGH'S, INC. (A-2)
Gerald Sawatzky, Esq.
Foulston, Siefkin, Powers
  & Eberhardt
700 Fourth Financial Center
Wichita, Kansas 67202

UNITED DISTRIBUTORS, INC. (A-3)
(no appearance received)
Russ M. Herman, Esq.
Herman & Herman
Suite 505
101 Common Street
New Orleans, Louisiana 70112

CENTRAL DISTRIBUTING CO. (A-4)
Charles M. Jefferson, Esq.
Davis, Smith & Davis
1500 National Bank of Commerce Bldg.
San Antonio, Texas 78205

THE BIMEL-WALROTH CO. (A-5)
Robert E. Albright, Esq.
Lucas, Prendergast, Albright,
  Gibson, Newman & Gee
20th Floor
471 East Broad Street
Columbus, Ohio 43215

SPEED QUEEN COMPANY
AMANA REFRIGERATION, INC.
RAYTHEON COMPANY
Stephen J. Holtman, Esq.
Simmons, Perrine, Albright
  & Ellwood
1200 Merchants National
  Bank Building
Cedar Rapids, Iowa 52401

GEORGE H. LEHLEITNER
GEORGE H. LEHLEITNER & CO., INC.
  (no appearance received)
Bernhardt C. Heebe, Esq.
Odom B. Heebe, Esq.
Suite 400
Whitney Bank Building
New Orleans, Louisiana 70130

BURCKLE INDUSTRIES, INC. (B-6)
Irwin G. Waterman, Esquire
Robert V. Waterman, Esquire
Morris, Garlove, Waterman
  & Johnson
600 Marion E. Taylor Building
Louisville, Kentucky 40202

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

SPEED QUEEN COMPANY (B-7)
Arthur H. Stroyd, Jr., Esquire
Reed Smith Shaw & McClay
647 Union Trust Building
Pittsburgh, Pennsylvania  15219

THREE RIVERS INC. (Deft. B-7)
Harvey E. Robins, Esquire
Brennan, Robins & Daley
19th Floor
Commonwealth Building
Pittsburgh, Pennsylvania  15222

HOUSTON-STARR COMPANY (Deft. B-7)
Frank McFerran, Esquire
Bucey, McFerran & Junker
1808 Pittsburgh National Building
Pittsburgh, Pennsylvania  15222

HENRY DISTRIBUTING CO., INC., ETC. (B-8)
Craig S. Ritchey, Esquire
Blase, Valentine & Klein
321 Lytton Avenue
Palo Alto, California 94302

MCGRAW-EDISON CO. (Deft. in B-8)
Michael Trayner, Esquire
Cooley, Godward, Castrow, Huddleson
   & Tatum
One Maritime Plaza
San Francisco, California 94110

JPML FORM 3

p. __1__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __468__ -- IN RE TERMINATION OF SPEED QUEEN DISTRIBUTORSHIPS LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| SPEED QUEEN COMPANY | A-1, A-2, A-3, A-4, A-5, B-6, B-8 |
| ✓ AMANA REFRIGERATION, INC. | A-2, A-3, A-5, B-6, B-7, B-8 |
| ✓ RAYTHEON COMPANY | A-2, A-3, A-4, A-5, B-7, B-8 |
| GEORGE H. LEHLEITNER | A-3 |
| GEORGE H. LEHLEITNER & CO. INC. | A-3 |
| Three Rivers, Inc. | B-7 |
| Houston-Staw Co. | B-7 |
| McGraw-Edison Co. | B-8 |
| | |
| | |